DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CLIFFORD LYNCH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1705

[August 23, 2017]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; James W. McCann, Judge; L.T. Case No. 2014CF002839A.

Clifford Lynch, Sylvania, GA, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.  See Villanueva v. State*, 200 So. 3d 47 (Fla. 2016).

TAYLOR, LEVINE and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***